IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

HAROLD TIDWELL,

    Plaintiff,                               CV F 04 5698 AWI WMW P

    vs.                                          ORDER

T. PETERSON, et al.,

    Defendants.

        Plaintiff is a state prisoner proceeding pro se in a civil rights action pursuant to 42 U.S.C. § 1983.

        This action was filed in the U.S. District Court for the Central District of California, and transferred to this district.  Plaintiff, an inmate in the custody of the California Department of Corrections at CCI Tehachapi, brings this action against defendant correctional officials for denial of access to the law library.   Prior to transfer to this district, plaintiff was granted leave to proceed in forma pauperis. Pursuant to 28 U.S.C. § 1915(b)(2), the Department of Corrections was directed to collect from plaintiff's trust account and forward to the court the $150 filing fee.

        On March 24, 2005, plaintiff filed a notice of voluntary dismissal with the court. Plaintiff indicates that he is no longer subjected to the conditions complained of.   Plaintiff also

1

1  requests that the order directing the collection of the filing fee from his trust account be
2  rescinded.  Plaintiff is advised that he became liable for the full filing fee upon the filing of the
3  complaint.  There is no statutory provision authorizing the rescission of the filing fee.  This
4  request is therefore denied.
5           As to the request for dismissal, plaintiff may, pursuant to Federal Rule of Civil
6  Procedure 41(a), dismiss this case on his own motion.  The court will provide plaintiff with an
7  opportunity to withdraw his request for dismissal.  Should plaintiff fail to file a withdrawal of the
8  request for dismissal within thirty days, the court will recommend that this action be dismissed
9  without prejudice on plaintiff's motion.
10          Accordingly, plaintiff is granted thirty days from the date of service of this order
11 in which to file a withdrawal of his motion to dismiss.  Failure to do so will result in a
12 recommendation that this action be dismissed without prejudice on plaintiff's motion.

16 IT IS SO ORDERED.

17 **Dated:   May 23, 2005**            **/s/  William M. Wunderlich**
   mmkd34                      UNITED STATES MAGISTRATE JUDGE