UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA (Fresno)

FILED

2005 JUL 28 P 2: 52

CLERK, US DIST. COURT
EASTERN DIST. OF CALIF
AT FRESNO
BY_____ DEPUTY

HAROLD TIDWELL,

    Plaintiff - Appellant,

v.

T. PETERSEN; et al.,

    Defendants - Appellees.

No. 05-16167
D.C. No. CV-04-05698-AWI/WMW

ORDER

This appeal has been taken in good faith  [ ]

This appeal is not taken in good faith    [✓]

Explanation: _Plaintiff is attempting to appeal a non-appealable order denying request to refund partial filing fee._

_____
Judge
United States District Court

Date: 7-25-05