IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

HAROLD TIDWELL,

    Plaintiff,                                CV F 04 5698 AWI WMW   P

  vs.                                         ORDER RE MOTIONS (DOCS 3,5)

T. PETERSON, et al.,

    Defendants.

Plaintiff is a state prisoner proceeding pro se.  Pending before the court is Plaintiff's motions for voluntary dismissal and for withdrawal of the motion.  On March 24, 2005, plaintiff filed a motion to withdraw the complaint and for refund of filing fee.  On May 23, 2005, an order was entered, advising plaintiff that he is liable for the filing fee and is not entitled to a refund of the filing fee.  Plaintiff was directed to inform the court whether he desired to withdraw the motion to dismiss.  On June 16, 2005, plaintiff filed a document titled as a motion to withdraw the motion to dismiss.  Plaintiff indicates his desire to proceed.

        Accordingly, IT IS HEREBY ORDERED that:

        1.  Plaintiff's motion to dismiss (Doc 3) is denied as moot.

        2.  Plaintiff's motion to withdraw the motion is granted.

1

1

2  IT IS SO ORDERED.

3  **Dated:    March 20, 2006**                **/s/  William M. Wunderlich**
   mmkd34                                     UNITED STATES MAGISTRATE JUDGE

4

5

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26